# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKEY TODD MAJOR,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83566

FILED

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying a "motion for relief from judgment or order under FRCP Rule 60(b)" and denying a "request for reconsideration." Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for relief from judgment or order under FRCP Rule 60(b) and denying a request for reconsideration in a criminal matter, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.          _____, J.
Pickering                              Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-30332

cc: Hon. Alvin R. Kacin, District Judge
Rickey Todd Major
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A